June 04, 2010

Mr. Craig T. Enoch
Winstead PC
401 Congress Avenue, Suite 2100
Austin, TX 78701
Mr. Glenn Richard Legge
Legge Farrow Kimmitt McGrath & Brown, LLP
6363 Woodway, Suite 400
Houston, TX 77057

RE: Case Number: 08-0246
 Court of Appeals Number: 05-05-01686-CV
 Trial Court Number: 02-10395-H

Style: GILBERT TEXAS CONSTRUCTION, L.P.
 v.
 UNDERWRITERS AT LLOYD'S LONDON

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |
| |Mr. Claude Stuart |
| |III |